JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN DIAZ PONCE,<br><br>Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, U.S. Attorney General,<br><br>Respondent. | Case No. EDCV 22-1751 JGB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Denying Petition for Writ of Habeas Corpus and Dismissing Action Without Prejudice for Lack of Jurisdiction,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 24, 2022

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE